**Order entered March 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01349-CV

**ROGERIO RIBEIRO DOS SANTOS, Appellant**

**V.**

**LYDIA DOS SANTOS, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-00301**

## ORDER

Before the Court is appellant's March 2, 2020 motion for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief received by the Court February 28, 2020 filed as of the date of this order.

Appellee shall file her brief no later than March 24, 2020.

/s/     KEN MOLBERG
        JUSTICE